PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(Convicted Montana Prisoners Only)

In the United States District Court for the District of Montana

_Missoula_ Division
(Please see Instruction 6.)

| Name of Petitioner: <br><br>LARESSA HARDY <br>AKA <br>Glenn Dibley | vs. | Name of Respondent (Warden or Supervising Officer): <br><br>James Salmonsen, Warden <br><br>and the Attorney General of the State of Montana | |
|---|---|---|---|
| Prisoner No.: <br>3026970 | Place of Confinement: <br>Deer Lodge, MT 59722 | | (Clerk Use Only): |

*Instructions – Read Carefully*

1. Use this form if you challenge the fact or duration of your custody under the authority of the State of Montana. Even if you believe 28 U.S.C. § 2254 does not apply, please use this form and answer its questions.

2. Your petition must be legibly handwritten or typed. You must tell the truth and sign the form. You may be prosecuted for perjury and/or one or more claims may be dismissed if you falsely state a material fact. *Answer all the questions.* You are not necessarily required to answer "yes" to all questions in order to proceed.

3. Use additional pages if necessary to state grounds for relief and/or facts you rely on to support relief. No brief or authorities need be furnished. If you choose to file a brief, please file it with your petition, but make it a separate document.

4. The filing fee is $5.00. If you cannot afford it, you may move to proceed in forma pauperis. Even if the motion is granted, you must pre-pay for copies of documents you request from the Clerk.

5. You must set forth all grounds for relief you want the Judge to review and facts supporting your grounds for relief. You will likely be barred from presenting different grounds at a later date. Generally, you must exhaust available state court remedies as to each ground before you request action by the federal court. The one-year federal statute of limitations is tolled while you are challenging the judgment underlying this petition in *state* court, provided you comply with state procedural law and rules. *See* 28 U.S.C. § 2244(b), (d).

6. You are **not** required to serve this petition on the State. Mail the *original* petition to the Court with either the $5.00 filing fee or a motion to proceed in forma pauperis. Keep a copy for your files. If you challenge a decision of the Parole Board, file in the Helena Division. Otherwise, file where you were convicted:

<u>Billings Division</u>: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
U.S. District Court Clerk, 2601 2nd Ave. North, Suite 1200, Billings, MT 59101

<u>Butte Division</u>: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701

<u>Great Falls Division</u>: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404

<u>Helena Division</u>: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste. 2100, Helena, MT 59626

<u>Missoula Division</u>: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, Sanders*
U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807

## PETITION

1. Name of the state district court that entered the judgment you challenge:
   Missoula District Court, DC-17-481

2. Date written judgment was entered or, if unknown, sentencing date:
   May 16, 2019

3. What were you convicted of, or on what grounds was your probation revoked?

two counts of deliberate homicide in violation of MCA 45-4-101 And two counts of solicitation to deliberate homicide, a violation of 45-5-102 (1)

4. What sentence was imposed?

4 concurrent Life sentences in prison

5. What was your plea?

(a) Not guilty ☑
(b) Guilty ☐
(c) Nolo contendere or *Alford* ☐

If you pleaded guilty or entered a nolo contendere or *Alford* plea on all counts, or if you entered such a plea on one or more counts and all other counts were dismissed, please go to Question Number 6. If you entered a guilty plea to one or more counts, and maintained a not guilty plea on another count, please state your plea on each count:

6. Did you appeal your conviction or sentence to the Montana Supreme Court?

Yes ☑ → *Case Number and Date of Result:*
No ☐    DA 19-0471 , June 13, 2023

7. Did you apply for relief to the Sentence Review Division?

Yes ☐ → *Case Number and Date of Result:*
No ☑

8. Did you file a petition for certiorari in the United States Supreme Court?

Yes ☐ → *Case Number and Date of Result:*
No ☑

9. Did you file in <u>state district court</u> a petition for postconviction relief?

Yes ☐ → *Case Number and Date of Filing:*
No ☑

10. Did you appeal the denial of any postconviction petition?

   Yes ☐ → *Case Number and Date of Result:*
   No ☒

11. If you did not appeal the denial of any postconviction petition, explain briefly why you did not: Attempting to file before deadline, plan on putting a stay on federal habeas pending exhaustion.

12. Have you filed in the <u>Montana Supreme Court</u> a petition for writ of habeas corpus?

   Yes ☐ → *Case Number and Date of Result:*
   No ☒

13. State each ground on which you claim that you are being held unlawfully (*e.g.*, Ground One: Confrontation Clause violation). Briefly summarize the facts supporting each ground and answer the questions following:

A. Ground One: violation of sixth Amendment - Right to counsel

   (i) Supporting Facts: The state used incriminating statement deliberately enticed by his cellmates after they offered their services to the state? The state admitted those statements and the forensic evidence derived therefrom. Depriving the Right to counsel before questioning.

   (ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

   Yes ☒
   No ☐

   If Yes, what did the Montana Supreme Court decide? Check one or both:

   Dismissed issue on procedural grounds ☐
   Denied issue for lack of merit ☒

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

Yes ☐ → *Case Number and Date of Result:*
No ☑

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☐
Denied issue for lack of merit ☐

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☑
No ☐

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:
post conviction still needs to be filed.

B. Ground Two: Sixth Amendment violation and Cervantes-Pacheco, 826 P.2d At 315.

(i) Supporting Facts:
The Court did not fully and fairly instruct the jury on the credibility concerning, regarding the testimony of jailhouse informant, where the court refused to give proposed cautionary instructions.

(ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

Yes ☑
No ☐

If Yes, what did the Montana Supreme Court decide? Check one or both:

        Dismissed issue on procedural grounds ☐
        Denied issue for lack of merit ☑

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

    Yes ☐ → *Case Number and Date of Result:*
    No ☑

If Yes, what did the Montana Supreme Court decide? Check one or both:

    Dismissed issue on procedural grounds ☐
    Denied issue for lack of merit ☐

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision?

    Yes ☑
    No ☐

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:
    *No post conviction or habeas corpus was filed.*

*If you have additional grounds for relief, please attach extra pages.
Set forth five subparagraphs for each additional ground for relief
and answer questions (i) thru (v) above for each ground.*

14. Do you have an action or appeal now pending in any court, state or federal, regarding the judgment or decision you challenge in this Petition?

    Yes ☐ → *Case Number and Date of Filing:*
                *Name of Court:*
    No ☑

If Yes, what issues do you raise in that case?

15. Give the name of the attorney who represented you in the following stages:

    (a) At change of plea hearing or at trial (whichever is applicable):

    (b) At sentencing: Mr. Britt Cotter.

    (c) On appeal: Tammy Ann Hinderman

    (d) In any post-conviction proceeding in state district court:
    Self-Represented ☐

    (e) On appeal from any adverse ruling in a post-conviction proceeding:
    Self-Represented ☐

    (f) In any state habeas proceeding:
    Self-Represented ☐

16. Petitioner asks the Court to grant the following relief:
    Remand for new trial, Resentencing or dismissal or changes / vacate convictions.

and/or any other relief to which Petitioner may be entitled.

_____
Signature of Petitioner's Attorney (if any)

### Petitioner's Declaration

A. I am the Petitioner in this case. I understand the submission of a false statement or false answer to any question may subject me to penalties for perjury. I declare under penalty of perjury that I have read this Petition, and the information I have set forth is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

B. I will keep the Court informed of my current mailing address. I understand

that failure to do so may result in dismissal of my case without actual notice to me.

C. *Incarcerated Prisoners Only:* This Petition was deposited in the prison system for legal mail on:

the ____ day of _____, 20____.

_____
Petitioner's Signature

*May 31st, 2024*
Date Signed

Revised Aug. 2012